IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ISAAC KENNETH FULLMAN, | : | Civil Action No. 4:12-CV-1879 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | |
| PATTON TOWNSHIP POLICE | : | |
| DEPARTMENT, SGT. | : | |
| MATTHEW SHUPENKO, | : | |
| CHIEF JOHN PETRICK | : | |
| | : | |
| | : | (Magistrate Judge Carlson) |
| Defendants. | : | |

---

| | | |
|---|---|---|
| ISAAC KENNETH FULLMAN, | : | Civil Action No. 4:12-CV-1880 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | |
| PENN STATE UNIVERSITY | : | |
| POLICE DEPARTMENT, | : | |
| and OFFICER MATTHEW | : | |

MASSARO,                              :
                                      :
                                      :       (Magistrate Judge Carlson)
          Defendants.                 :

---

ISAAC KENNETH FULLMAN,                :       Civil Action No. 4:12-CV-1881
                                      :
          Plaintiff,                  :       (Judge Brann)
                                      :
     v.                               :
                                      :
CENTRE COUNTY DISTRICT                :
ATTORNEYS OFFICE                      :
                                      :
                                      :       (Magistrate Judge Carlson)
          Defendant.                  :

---

ISAAC KENNETH FULLMAN,                :       Civil Action No. 4:12-CV-1882 ✓
                                      :
          Plaintiff,                  :       (Judge Brann)
                                      :
     v.                               :
                                      :
STATE COLLEGE BOROUGH                 :
POLICE DEPARTMENT,                    :
OFFICER BRIAN FOSTER and              :
OFFICER MICHAEL S.                    :
MAMOLEN                               :
                                      :
                                      :       (Magistrate Judge Carlson)

Defendants.                          :

---

ISAAC KENNETH FULLMAN,           :        Civil Action No. 4:12-CV-1883
                                 :
        Plaintiff,                :        (Judge Brann)
                                 :
    v.                            :
                                 :
FERGUSON TOWNSHIP                :
POLICE DEPARTMENT,               :
and OFFICER DEVON MICHAEL        :
MORAN,                           :
                                 :
                                 :        (Magistrate Judge Carlson)
        Defendants.                :

---

ISAAC KENNETH FULLMAN,           :        Civil Action No. 4:12-CV-2061
                                 :
        Plaintiff,                :        (Judge Brann)
                                 :
    v.                            :
                                 :
CENTRE COUNTY                    :
COURTHOUSE DISTRICT              :
ATTORNEYS OFFICE and             :
CENTRE COUNTY                    :
COURTHOUSE                       :
                                 :

|  | : | (Magistrate Judge Carlson) |
| --- | --- | --- |
| Defendants. | : | |

ISAAC KENNETH FULLMAN, : Civil Action No. 4:12-CV-2063
:
    Plaintiff, : (Judge Brann)
:
v. :
:
CENTRE COUNTY :
CORRECTIONAL FACILITY, :
JEFFREY T. HITE, MICHAEL :
WOODS, LT. JEANNA ANANEA :
CAPT. JOHN PERRYMAN, :
and LT. M GORDON, :
:
: (Magistrate Judge Carlson)
    Defendants. :

ISAAC KENNETH FULLMAN, : Civil Action No. 4:13-CV-0235
:
    Plaintiff, : (Judge Brann)
:
v. :
:
CENTRE COUNTY :
COURTHOUSE, CENTRE :
COUNTY DISTRICT :
ATTORNEY'S OFFICE, :
SEAN P. MCGRAW, :

CENTRE COUNTY : 
CORRECTIONAL FACILITY, : 
WARDEN JEFFREY T. HITE, : 
and CAPTAIN JOHN PERRYMAN, : 
: 
: (Magistrate Judge Carlson)
Defendants. :

# ORDER

March 14, 2013

In accordance with the accompanying memorandum,

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. In Civil Action No. 4:12-CV-1879 United States Magistrate Judge Martin C. Carlson's Report and Recommendation is ADOPTED in part. ( Doc. No. 5)

2. On or before Thursday, April 11, 2013, the plaintiff shall file <u>one</u>, <u>all-inclusive</u> amended complaint in Civil Action No. 4:12-CV-1879 <u>only</u>.

    A. The plaintiff's amended complaint shall be complete, in and of itself, <u>without</u> <u>reference</u> to any prior filings.

    B. The plaintiff's amended complaint must include appropriate allegations of the defendants personal involvement.

    C. The plaintiff's amended complaint must specifically state, in separate numbered counts, which constitutional right he alleges the defendant(s) have violated and which defendant(s) they are alleging are involved in each count.

    D. In accordance with Fed. R. Civ. P. 8(d), each averment of the plaintiff's amended complaint shall be <u>simple</u>, <u>concise</u> and <u>direct</u>.

    E. Should the plaintiff fail to file his amended complaint within

the required time period, or fail to follow the above mentioned procedures, the undersigned will dismiss the action with prejudice.

8. In Civil Action No. 4:12-CV-1879 Fullman's Motion to Appoint Counsel (Doc. No. 14) is DENIED.

9. In Civil Action No. 4:12-CV-1880 United States Magistrate Judge Martin C. Carlson's Report and Recommendation is ADOPTED in part. ( Doc. No. 5)

10. In Civil Action No. 4:12-CV-1880 Fullman's Motion to Appoint Counsel (Doc. No. 13) is DENIED.

11. Civil Action No. 4:12-CV-1880 is DISMISSED.

12. The clerk is directed to close the case file in Civil Action No. 4:12-CV-1880.

13. In Civil Action No. 4:12-CV-1881 United States Magistrate Judge Martin C. Carlson's Report and Recommendation is ADOPTED in part. ( Doc. No. 5)

14. In Civil Action No. 4:12-CV-1881 Fullman's Motion for Extension of Time and to Appoint Counsel (Doc. No. 14) is DENIED.

15. Civil Action No. 4:12-CV-1881 is DISMISSED.

16. The clerk is directed to close the case file in Civil Action No. 4:12-CV-1881.

17. In Civil Action No. 4:12-CV-1882 United States Magistrate Judge Martin C. Carlson's Report and Recommendation is ADOPTED in part. ( Doc. No. 5)

18. Civil Action No. 4:12-CV-1882 is DISMISSED.

19. The clerk is directed to close the case file in Civil Action No. 4:12-CV-1882.

20. In Civil Action No. 4:12-CV-1883 United States Magistrate Judge Martin C. Carlson's Report and Recommendation is ADOPTED in

part. ( Doc. No. 5)

21. In Civil Action No. 4:12-CV-1883 Fullman's Motion for Extension of Time (Doc. No. 13) is DENIED.

22. Civil Action No. 4:12-CV-1883 is DISMISSED.

23. The clerk is directed to close the case file in Civil Action No. 4:12-CV-1883.

24. In Civil Action No. 4:12-CV-2061 United States Magistrate Judge Martin C. Carlson's Report and Recommendation is ADOPTED in part. ( Doc. No. 5)

25. Civil Action No. 4:12-CV-2061 is DISMISSED.

26. The clerk is directed to close the case file in Civil Action No. 4:12-CV-2061.

27. In Civil Action No. 4:12-CV-2063 United States Magistrate Judge Martin C. Carlson's Report and Recommendation is ADOPTED in part. ( Doc. No. 5)

28. Civil Action No. 4:12-CV-2063 is DISMISSED.

29. The clerk is directed to close the case file in Civil Action No. 4:12-CV-2063.

30. In Civil Action No. 4:13-CV-0235 United States Magistrate Judge Martin C. Carlson's Report and Recommendation is ADOPTED in part. ( Doc. No. 5)

31. Civil Action No. 4:13-CV-0235 is DISMISSED.

32. The clerk is directed to close the case file in Civil Action No. 4:13-CV-0235.

33. Civil Action No. 4:12-CV-1879 is referred back to United States Magistrate Judge Martin C. Carlson for further proceedings.

                                          s/ Matthew W. Brann
                                          Matthew W. Brann
                                          United States District Judge